UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21483-CIV-HOEVELER

SCOTT JENSEN and
LAURA JENSEN,

    Plaintiffs,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

## ORDER GRANTING, IN PART, PLAINTIFF'S MOTION TO RE-OPEN DISCOVERY

This Cause comes before the Court on the Plaintiffs' request, at this late stage of the proceedings, to re-open discovery. Defendant objects to this request and makes a strong argument that Plaintiffs have had more than adequate time to conduct discovery necessary to prove their allegations.

After consideration, the Court has determined that Plaintiffs shall have <u>one final opportunity</u> to obtain evidence to establish the basis for Plaintiffs' claim, and this opportunity is strictly limited as follows: Plaintiffs shall be entitled to take a single deposition, of no more than seven (7) hours, of the person Plaintiffs deem to be most likely to provide relevant evidence. Such deposition must be completed, and a report provided to the Court, no later than June 14, 2013, detailing what relevant evidence, if any, was obtained.

As previously stated, "this case will not succeed at trial unless it is established that either the Defendant's County Manager prior to the January 2007

change in local authority, or County Mayor after that date and before the date of the incident in September 2007, or County Commission had notice at some time prior to September 2007 of a need to train or supervise County corrections officers as to the use of excessive force and consciously disregarded that risk." (See this Court's Order of March 19, 2013 (footnote omitted).)

According to Plaintiffs, they "had been seeking for some time" the depositions of individuals "known to be policy-makers" and were "thwarted by delays or problems in coordinating dates and times." Plaintiffs shall identify no later than May 14, 2013, the name of the individual whom they wish to depose. Defendant's counsel is asked to cooperate with Plaintiffs' counsel in scheduling the deposition of the individual identified by Plaintiffs, to the extent that such individual remains in the employ of the Defendant. If Plaintiffs elect to depose an individual no longer under the control of Defendant, Plaintiffs are responsible for making such arrangements in coordination with Defense counsel.

Based on the above, it is

ORDERED AND ADJUDGED that Plaintiffs' motion to re-open discovery is GRANTED, in part, consistent with the above.

DONE AND ORDERED in Chambers in Miami this 7th day of May 2013.

*/s/ Wm M Hoeveler*
_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:   counsel of record